22-6036

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA                    PLAINTIFF-APPELLEE

v.

JOHN F. JOHNSON                              DEFENDANT-APPELLANT

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
CHIEF DISTRICT JUDGE BENJAMIN BEATON
CRIMINAL ACTION NO: 3:21-CR-00031-1
_____

ERRATA SHEET FOR APPELLEE UNITED STATES OF AMERICA
_____


MICHAEL A. BENNETT
United States Attorney

L. Jay Gilbert
Assistant United States Attorney
United States Attorney's Office
717 W. Broadway
Louisville, Kentucky 40202
Phone: (502) 381-1967
Email: Jay.Gilbert@usdoj.gov
Attorney for the United States

The United States' Brief filed in this case on May 22, 2023, inadvertently contains an erroneous reference to "September 4, 2000." (See Appellee Brief at Page 22). That date should read, "September 4, 2020" instead.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney


s/L. Jay Gilbert
L. Jay Gilbert
Assistant United States Attorney
United States Attorney's Office
717 W. Broadway
Louisville, Kentucky 40202
(502) 381-1967
Jay.Gilbert@usdoj.gov
Attorney for the United States

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May 2023, I electronically filed the foregoing Errata Sheet with the Clerk of the Court by using the CM/ECF system, which will notify Appellant's Counsel of the filing.

s/L. Jay Gilbert
L. Jay Gilbert
Assistant U.S. Attorney
